AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Great American Insurance
Company of New York

V.

Kellaway Warehouse Services,
Manchester Motor Freight,
Consolidated Rail Corp., and
Round the World Logistics

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-11968 MEL

TO: (Name and address of Defendant)

>Consolidated Rail Corp.
>c/o Corporation Service Company
>84 State Street
>Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

>Seth S. Holbrook
>Holbrook & Murphy
>150 Federal Street
>12th Floor
>Boston, MA  02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           9-10-04

CLERK                                                  DATE

(By) DEPUTY CLERK

JANUARY 4, 2005

# QUICKSERV

ALLSTATE PROCESS SERVERS

# RETURN OF SERVICE

*I this day SERVED the within named*   CONSOLIDATED RAIL CORP
C/O CORPORATION SERVICE CO.

*by delivering to*   BERNARDO MONTANEZ, PROCESS SPECIALIST, 8:45 AM

__X__   *in hand*

*No.*   84 STATE STREET
*in the*   BOSTON   *District of said*   SUFFOLK   *County an attested copy of the SUMMONS AND COMPLAINT*

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 10 *miles in the service of this process*

Process Server