## UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Great American Insurance
Company of New York

V.

Kellaway Warehouse Services,
Manchester Motor Freight,
Consolidated Rail Corp., and
Round the World Logistics

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04-11968 MEL

FILED
CLERKS OFFICE
2005 JAN 18 P 3: 20
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Round the World Logistics
50 Broad Street, ste. 1728
New York, NY  10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth S. Holbrook
Holbrook & Murphy
150 Federal Street, 12th Fl.
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  9-10-04

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Claims Dept.
Round the World Logist.
50 Broad St., Ste. 1728
New York, NY 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _illegible_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kilkil

C. Date of Delivery: 1-5-0_

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Ar_
_tr._
PS F_

102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-14-05 |
| NAME OF SERVER (PRINT) Seth S. Holbrook | TITLE Atty for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By certified mail, return receipt requested. A copy of the certified receipt card is attached.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-14-05          Seth S. Holbrook
              Date              Signature of Server

Holbrook + Murphy, 150 Federal St.,
Address of Server    Boston, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.