UNITED STATES DISTRICT COURT, CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2005 FEB -9  P 3: 11

CIVIL ACTION NO: 04 11968 MEL

U.S. DISTRICT COURT
DISTRICT OF MASS

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,
Plaintiff

VS.

KELLAWAY WAREHOUSE SERVICES,
MANCHESTER MOTOR FREIGHT,
CONSOLIDATED RAIL CORP., and
ROUND THE WORLD LOGISTICS,
Defendants

---

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please enter my appearance as attorney for the defendant, Manchester Motor Freight, in the above-entitled action.

By attorney for defendant
Manchester Motor Freight,

Christopher J. O'Rourke
BBO# 546091
Law Office of Christopher J. O'Rourke
888 Worcester Street, Suite 260
Wellesley, MA  02482
(781) 235-8022

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was
served upon the attorney of record for each party by mail
(by hand) by telecopier

Dated: 2/8/05