UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br>　　　　Plaintiff,<br><br>v.<br><br>KELLAWAY WAREHOUSE SERVICES, MANCHESTER MOTOR FREIGHT, CONSOLIDADTED RAIL CORPORATION, and ROUND THE WORLD LOGISTICS,<br>　　　　Defendants. | **CIVIL ACTION NO.**<br>**04-11968 (MEL)**<br><br>**NOTICE OF APPEARANCE** |

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Kindly enter the writer's appearance for the defendant, **ROUND THE WORLD LOGISTICS,** in the above-captioned matter.

Dated: March 24, 2005.

　　　　　　　　　　　　　　　　　*/s/ Mark C. Gildea*
　　　　　　　　　　　　　　　　　Mark C. Gildea　　　BBO# 551127
　　　　　　　　　　　　　　　　　Clark, Balboni & Gildea, LLP
　　　　　　　　　　　　　　　　　126 Belmont Street
　　　　　　　　　　　　　　　　　Brockton, MA  02301
　　　　　　　　　　　　　　　　　Tel. 508.586.1411