UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GREAT AMERICAN INSURANCE COMPANY OF NEW YORK** <br> Plaintiff <br><br> V. <br><br> **KELLAWAY WAREHOUSE SERVICES** <br> Defendant | CIVIL ACTION <br><br> NO.   04-11968-MEL |

### NOTICE OF DEFAULT

Upon application of the Plaintiff,  Great American Insurance Co. of New York   for an order of Default for failure of the Defendant,  Kellaway Warehouse Services  , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 02  day of May 2005  .

SARAH A. THORNTON
CLERK OF COURT

By:    /s/ George H. Howarth
Deputy Clerk

**Notice mailed to: Pltf's atty and deft**

(Default Notice.wpd - 2/2000)                                                                                          [ntcdflt.]