UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

    Plaintiff

    -vs-                            Civil Action No. 04cv11968MEL

KELLAWAY WAREHOUSE SERVICES,
MANCHESTER MOTOR FREIGHT,
CONSOLIDATED RAIL CORP. and
ROUND THE WORLD LOGISTICS, INC.

    Defendants

_____

**NOTICE OF APPEARANCE**

    PLEASE enter my appearance on behalf of defendant Consolidated Rail Corp. without waiver of jurisdictional, substantive, or procedural defenses.

    RESPECTFULLY SUBMITTED May 10, 2005.

            DeORCHIS & PARTNERS, LLP
            Attorneys for Consolidated Rail Corp.

            */s/ David J. Farrell, Jr.*
            David J. Farrell, Jr.
            BBO # 559847
            2355 Main Street
            P.O. Box 186
            S. Chatham, MA  02659
            (508) 432-2121

Certificate of Service
I certify I served a copy of this notice
by e-mail on Attys Holbrook and O'Rourke
and by mail on Atty Gildea on 5/10/05.

        */s/ David J. Farrell, Jr.*
           David J. Farrell, Jr.