# HOLBROOK & MURPHY

**ATTORNEYS AT LAW**
**PROCTORS IN ADMIRALTY**

**150 FEDERAL STREET**
**TWELFTH FLOOR**
**BOSTON, MASSACHUSETTS 02110**

**TELEPHONE (617) 428-1151**
**FACSIMILE (617) 443-1696**                                    E-MAIL:holbrook_murphy@msn.com

**VIA ELECTRONIC MAIL**

May 25, 2005

Civil Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Attn: Mr. George Howarth, Deputy Clerk

      **RE:**   *Great American Insurance Company of New York v. Kellaway Warehouse Services, et al.*
              **Civil Action No. 04-11968-MEL**

Dear Mr. Howarth:

    This will confirm the postponement of the Conference that was scheduled for tomorrow until June 2, 2005, because I have to attend a Memorial Service. Please advise as to the time for the June 2, 2005 Conference.

    Thank you very much for your cooperation.

                        Very truly yours,

                        /s/ Seth S. Holbrook
                        Seth S. Holbrook

SSH/eo

cc:    Mr. Christopher O'Rourke (via electronic mail)
        Mr. Mark Gildea (via electronic mail)
        Mr. David Farrell (via regular mail)
        Kellaway Warehouse Services (via regular mail)
        Ms. Irene M. Zanetos (via regular mail)