UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

    Plaintiff

    -vs-                                Civil Action No. 04cv11968MEL

KELLAWAY WAREHOUSE SERVICES,
MANCHESTER MOTOR FREIGHT,
CONSOLIDATED RAIL CORP. and
ROUND THE WORLD LOGISTICS, INC.

    Defendants

---

### DEFENDANT CONSOLIDATED RAIL CORP.'S
### LR 16.1 CERTIFICATION

Attached is defendant Consolidated Rail Corp.'s and counsel's signed certification.

RESPECTFULLY SUBMITTED this 31st day of May 2005.

    DeORCHIS & PARTNERS, LLP
    Attorneys for Consolidated Rail Corp.

    /s/ David J. Farrell, Jr.
    David J. Farrell, Jr.
    BBO # 559847
    2355 Main Street
    P.O. Box 186
    S. Chatham, MA  02659
    (508) 432-2121

Certificate of Service
I certify I served a copy of this certification
by e-mail on Atty Holbrook and by mail on
Attys O'Rourke and Gildea on 5/31/05.

    /s/ David J. Farrell, Jr.
    David J. Farrell, Jr.

1

CONSOLIDATED RAIL CORPORATION'S
LR 16.1 CERTIFICATION

Defendant Consolidated Rail Corporation, by and through its undersigned authorized representative and counsel of record, affirm that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.


    __/s/ Joe McCauley__
        Joe McCauley
    Director Customer Consideration
    CSX Load Engineering & Design Services


    ___/s/ David J. Farrell, Jr.__
        David J. Farrell, Jr.
        BBO # 559847