UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
GREAT AMERICAN INSURANCE          )
COMPANY OF NEW YORK,              )
       Plaintiff,                )
                                 )   Civil Action No.: 04-11968-MEL
v.                                )
                                 )
KELLAWAY WAREHOUSE SERVICES,      )
MANCHESTER MOTOR FREIGHT,         )
CONSOLIDATED RAIL CORP., and      )
ROUND THE WORLD LOGISTICS,        )
       Defendants.               )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FORM OF DEFAULT JUDGMENT

Lasker, S. D.J.

      Defendant Kellaway Warehouse Services having failed to plead or otherwise defend in this action and its default having been entered,

      Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $8,394.92 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $200.00.

      It is hereby, ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Kellaway Warehouse Services the principal amount of $8,394.92, with costs in the amount of $200.00 and prejudgment interest at the rate of 6% from August 7, 2003 to _____, in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

Dated_____                          By the Court,

 

                                                                           _____
                                                                            Deputy Clerk

Note: The post judgment interest rate effective at this date is _____%.