UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************************)
GREAT AMERICAN INSURANCE                 )
COMPANY OF NEW YORK,                     )
            Plaintiff,                   )
                                         )    Civil Action No.: 04-11968-MEL
v.                                       )
                                         )
KELLAWAY WAREHOUSE SERVICES,             )
MANCHESTER MOTOR FREIGHT,                )
CONSOLIDATED RAIL CORP., and             )
ROUND THE WORLD LOGISTICS,               )
            Defendants.                  )
*****************************************
```

## STIPULATION OF DISMISSAL

Now come the parties, in the above entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above cited action be dismissed with prejudice and without interest, costs or attorneys fees and that no further action or actions be brought upon the same grounds.

Dated this 6th day of July, 2006.

By their attorneys,

| GREAT AMERICAN INSURANCE | MANCHESTER MOTOR FREIGHT |
| COMPANY OF NEW YORK | |
| | |
| ____/s/ Seth S. Holbrook____ | ____/s/ Christopher J. O'Rourke____ |
| Seth S. Holbrook, BBO# 237850 | Christopher J. O'Rourke |
| HOLBROOK & MURPHY | 888 Worcester Street, Suite 260 |
| 15 Broad Street, Suite 900 | Wellesley, MA  02482 |
| Boston, MA  02109 | 781-235-8022 |
| 617-428-1151 | orourkelawoffice@aol.com |
| holbrook_murphy@msn.com | |

ROUND THE WORLD LOGISTICS


    /s/ Mark C. Gildea
Mark C. Gildea
Clark, Balboni & Gildea LLP
126 Belmont Street
Brockton, MA 02301
508-586-1411
markgildea@cbglawfirm.com


CONSOLIDATED RAIL CORP.


    /s/ David J. Farrell, Jr.
David J. Farrell, Jr.
Law Office of David J. Farrell, Jr.
2355 Main Street
S. Chatham, MA 02659
508-432-2121
farrell@sealaw.org